**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00672-CR

---

**JOSEPH VANN HUTCHINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F12-58072-H**

---

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. In her motion to withdraw, counsel states that she sent appellant a copy of the record.

Accordingly, appellant's pro se response is due by **MARCH 14, 2014**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Joseph Vann Hutchinson, TDCJ No. 1859596, Formby Unit, 998 County Road AA, Plainview, Texas 79072.

/s/     LANA MYERS
              JUSTICE